

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | |
|---|---|
| vs | Case Number(s): 5:18-PO-00461-MLC |
| COTY E. PUTNAM | Defendant's Attorney(s) <br> WAIVED |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violation 6022105.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 36 CFR 7.13(j) | Foot travel in thermal area | June 10, 2018 | 6022105 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

July 31, 2018
Date of Imposition of Sentence

Mark L. Carman
United States Magistrate Judge

8-7-18
Date

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of 2 years.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

The defendant shall make special assessment, processing fee, restitution, community service and fine payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant shall pay all monetary obligations in full by December 31, 2019.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| 6022105 NOTES: | $10.00 | $30.00 | | $375.00 | $200.00 | $615.00 |
| **Totals:** | $10.00 | $30.00 | | $375.00 | $200.00 | $615.00 |

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due in full by December 31, 2019, is inclusive of all penalties and interest, if applicable. Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources. Community Service Payment for the Geologic Resource Protection Fund would have the explicit goal of funding geologic protection projects, initiatives and enforcement activities designed for the benefit and preservation of geologic resources in Yellowstone National Park, Wyoming, Montana and Idaho, and to identify, investigate and halt the unlawful disturbance of geologic resources, the take of geologic resources, traffic of geologic resources and sale of such resources in that region.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

> The interest and penalties not be applied to fine and/or restitution.

## RESTITUTION/COMMUNITY SERVICE PAYMENT

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution | Priority Order of Payment |
|---|---|---|
| Office of the Clerk<br>United States District Court<br>2120 Capitol Avenue<br>2nd Floor, Room 2131<br>Cheyenne, WY 82001 | | |
| Yellowstone Forever<br>Geologic Protection Fund<br>Mailed to U.S. Attorney's Office<br>Attn: Financial Litigation Unit<br>P.O. Box 668<br>Cheyenne, WY 82003 | $375.00 | |

Each restitution and community service payment shall be divided proportionately among the payees named unless specified in the priority payment column above.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full by December 31, 2019.

---

## MONETARY OBLIGATIONS / FORFEIT PROPERTY

$375.00 community service payment due in full not later than December 31, 2019, payable to Yellowstone Forever Geologic Resource Protection Fund, Mailed to U.S. Attorney's Office, Attn: Financial Litigation Unit, P.O. Box 668, Cheyenne, WY 82003, and shall reference the defendant's violation number, 6022105 and case number, 5:18-PO-00461-MLC.

$240.00 due in full not later than December 31, 2019, payable to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363. Payment(s) can also be made at www.cvb.uscourts.gov or by calling (800) 827-2982, and shall reference the defendant's violation number 6022105 and location code WYNP.